Raymond H. Goettsch (Bar No. 105441)
James P. Lemieux (Bar No. 167367)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
4500 E. Pacific Coast Highway, Fourth Floor
Long Beach, California 90804-3298
Telephone: (562) 597-0029
Fax: (562) 494-3958; CD Fax: (562) 597-5381
goe@darlaw.com

**Attorneys for** plaintiff RP55, Inc.,
a Virginia corporation

TOWNSEND & TOWNSEND & CREW
GREGORY S. GILCHRIST (Bar No. 111536)
GIA L. CINCONE (Bar No. 141668)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Fax: (415) 576-0300

**Attorneys for** defendant Levi Strauss & Co.,
a Delaware corporation,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RP55, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI STRAUSS & CO., a Delaware corporation,<br><br>Defendant. | NO. C05-5128 SI<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Place: Courtroom "10"<br>Judge: Hon. Susan Illston |

Plaintiff RP55, Inc., a Virginia corporation, and defendant Levi Strauss & Co., a Delaware corporation, by and through their respective counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action be dismissed with prejudice

with each party to bear its own attorney's fees and costs.

Dated: December 22, 2006

DEMLER, ARMSTRONG & ROWLAND, LLP

_____
RAYMOND H. GOETTSCH
Attorneys for plaintiff RP55, Inc.

Dated: December 12, 2006

TOWNSEND, TOWNSEND & CREW

_____
GIA L. CINCONE
GREGORY S. GILCHRIST
Attorneys for defendant Levi Strauss & Co.

STIPULATED DISMISSAL WITH PREJUDICE

The parties having so stipulated, the above-captioned action is dismissed with prejudice with each party to bear its own attorney's fees and cost.

DATED: December __, 2006

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

AE7329\PLEADINGS\STPDSM01

2

STIPULATED DISMISSAL WITH PREJUDICE-- CASE NO. C 05-5128 SI